⑤

1  Name and Address Rodriguez, Gloria

2  2408 Spring Street

3  Redwood City, Calif. 94063

4

FILED
2015 OCT 21 P 3:59
CLERK US DISTRICT COURT
NO. DIST. OF CA.

5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA

7                              )
8                              )     Case No. ___ JSC ___
9  Rodriguez Gloria J.         )     CV15        4853
10         Plaintiff/Petitioner )     Document Name:
11  DA Matt Greco San Diego    )     Complaint
12  DAS Office City of San Diego)    Jury Trial
13  County of San Diego         )    Demanded
14         Defendant/Respondent )

15  _____

16

17

18

19

20

21

22

23

24

25

26

27

28

Attachment "A"
Statement of Claim
Complaint under the Civil
42 USC 1983     Rights Act

the defendand Gloria Rodrigue and her
Son Pedro are Charge with unemployment
Insurance Code 2101@ willfully and
Unlawfully making False statement to
obtain unemployment Binefit and
Various charges of conspiracy to commit
included offense of 2101@

UI 2122 where as the place of trial
for offenses enumerated in this chapter
(2100's of the unemployment insurance
Code) Shall be in the county of
Residence or principle place of
business or in any county where the
defendant's were transacting buisness
that Resulted in the alleged offense.

Page 125 Line 10 of Attached Preliminary
Hearing transcripe case A CN 30334
dated April 2nd 2015 investigator Vanessa
Magana of the employment development
Dept States all the transactions
happened in Redwood City, County of San
Mateo Calif 94063 not San Diego Calf.

1) the Plaintiff is entitled to equal
protection under the Law under the

1 of 2

14th Amendment.

2.) under Skinner v Switzer 131 S CT. 1289 (2011) success in this suit would <u>not</u> imply unlawfullness of States custody. Hence Habeas is not the exclusive Remedy. The defendants suit is based on the dueprocess clause of the Law, and Equal protection under the 14th Amendment.

3.) the Plaintiff is not Barred by Heck ✓ Humphrey (1994) 512 US 477 since change of venue has no effect on criminal proceedings and UI2124 The defendant is entitled to a trial in front of her constituants and peers.

4) the Plaintiff is not barred by Preiser ✓ Rodriguez (1973) 411 US 475, He dose not seem to reverse a criminal conviction.

5.) the Plaintiff is not barred by Younger ✓ Harris (1971) 401 US 37, 46, 53-54 (younger Doctrine).

The Plaintiff is not barred by the Rooker-Feldman Doctrine in that the Plaintiff seeks equal Protection under the Law and fair trial under the 5th and 14th amendment